David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ROCHELLE A. HINOJOSA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELLE A. HINOJOSA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02969-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO WELLS FARGO HOME MORTGAGE ONLY** |

　　Plaintiff ROCHELLE A. HINOJOSA and Defendant WELLS FARGO HOME MORTGAGE hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO HOME MORTGAGE**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 5, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Tanya N. Lewis, Esq.
Tanya N. Lewis, Esq.
Snell & Wilmer L.L.P.
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101
*Attorney for Defendant WELLS FARGO HOME MORTGAGE*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 5, 2017